## UNITED STATES COURT OF INTERNATIONAL TRADE
Before: The Honorable Gary S. Katzmann, Judge

| | |
|---|---|
| **Asociación de Exportadores e Industriales de Aceitunas de Mesa, Aceitunas Guadalquivir, S.L.U., Agro Sevilla Aceitunas S. Coop. And., and Angel Camacho Alimentación, S.L.,**<br><br>Plaintiffs,<br><br>v.<br><br>**United States,**<br><br>Defendant,<br><br>and<br><br>**Coalition for Fair Trade in Ripe Olives,**<br><br>Defendant-Intervenor. | **Court No. 18-00195** |

### NOTICE OF APPEAL

Notice is hereby given that the Asociacion de Exportadores e Industriales de Aceitunas de Mesa, Agro Sevilla Aceitunas S. Coop., and Angel Camacho Alimentacion, S.L, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment of the U.S. Court of International Trade entered in this action, *Asociacion de Exportadores e Industriales de Aceitunas de Mesa et al v. United States*, Ct. No. 18-00195, Slip Op. 22-108 (Ct. Int'l Trade Sept. 14, 2022), ECF No. 100 and Judgement Order (Ct. Int'l Trade Sept. 14, 2022), ECF No. 102.

- 2 -

                Respectfully submitted,

                /s/Matthew McCullough
                Matthew P. McCullough

                Curtis Mallet-Prevost, Colt & Mosle LLP
                1717 Pennsylvania Avenue, N.W.
                Washington, D.C. 20006
                202-452-1717
                mmccullough@curtis.com

November 10, 2022                *Counsel for Plaintiffs*